UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: DAWN ALISA DODGE,<br><br>**Debtor.** | Case No. 20-34797-KRH<br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br><br>v.<br><br>DAWN ALISA DODGE, Debtor,<br>BRANDEN JOSEPH DODGE, Co-Debtor, and<br>SUZANNE E. WADE, Trustee.<br><br>Respondents. | Contested Matter |

## SCHEDULING ORDER

Counsel estimated the time necessary to conduct the final evidentiary hearing on the *Motion for Relief from Automatic Stay and for In Rem Relief from the Automatic Stay and the Co-Debtor Automatic Stay Purs[u]ant to 11 U.S.C. § 1301(c)(3)* (the "Motion") [ECF No. 30] filed by PNC Bank, National Association, by counsel, and the *Debtor's Response to Motion for Relief from Automatic Stay* [ECF No. 33] filed by Dawn Alisa Dodge, by counsel, to be ONE HOUR (the "Estimated Hearing Time"). As promptly as possible, counsel must advise the Court (1) if the time necessary to conduct the evidentiary hearing will exceed the Estimated Hearing Time, or (2) if a settlement is reached in this contested matter.

IT IS ORDERED that the following schedule is established in this contested matter. Failure to comply with this Order shall result in appropriate sanctions.

1. The evidentiary hearing shall be held on **December 8, 2021** (the "Hearing"), at **1:00 p.m.** Unless otherwise ordered by the Court, the Hearing shall be conducted by remote video conference via Zoom for Government in accordance with Richmond General Order 20-5. Persons seeking to attend or participate at the Hearing must register through the following link: https://www.zoomgov.com/meeting/register/vJItfu6vrzgtGyNabR6aYxomjwMCtZWtzso

2. On or before December 1, 2021, counsel for the parties shall meet at a mutually convenient location and make a good faith effort to narrow the issues in the trial and to enter into written stipulations of any uncontroverted facts (the "Stipulation"). The Stipulation (or in lieu thereof, a joint statement of counsel that no agreement as to any uncontroverted facts could be reached) shall be filed with the Court on or before December 3, 2021.

3. Discovery shall be completed on or before December 1, 2021.

4. On or before December 3, 2021, counsel for the parties shall file with the Clerk a list of proposed exhibits and the proposed exhibits. The exhibits shall be filed in accordance with Richmond General Order 20-5.

5. Counsel for the parties shall file a list of witnesses in accordance with Rule 7026(a)(3)(A) of the Federal Rules of Bankruptcy Procedure that the party intends to call to testify at trial on or before December 3, 2021.

6. It is the responsibility of all counsel to be thoroughly acquainted with and follow the procedures set forth in the statutes, the national and local bankruptcy rules, and the requirements of the judge.

7. The Clerk shall forward a copy of this order to all counsel of record.

SO ORDERED:  October 27, 2021          /s/ Kevin R. Huennekens
                                       UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  October 28, 2021